

**U.S. Department of Justice**

*United States Attorney
Eastern District of New York*

NB:MRM

*610 Federal Plaza
Central Islip, New York 11722*

April 4, 2017

By E-mail

The Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR: THE PREMISES KNOWN AND DESCRIBED AS ELECTRONIC MAIL ADDRESS "energycyclecn@gmail.com"
     Docket Number: 14-MJ-987 (JO)

Dear Judge Orenstein:

  In connection with the Court's Order dated January 12, 2017, the government respectfully submits this letter to request that the Court order that the above-captioned matter be unsealed.

         Respectfully submitted,

         BRIDGET M. ROHDE
         Acting United States Attorney

    By:  /s/ Michael R. Maffei
         Michael R. Maffei
         Assistant U.S. Attorney
         (718) 254-6106

Enclosures

NB:MRM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION FOR A SEARCH WARRANT FOR: THE PREMISES KNOWN AND DESCRIBED AS ELECTRONIC MAIL ADDRESS "energycyclecn@gmail.com." | P R O P O S E D   O R D E R<br><br>14-MJ-987 (JO) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Upon the application of BRIDGET M. ROHDE, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Michael R. Maffei, for an order unsealing the above-captioned matter.

WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated:     Brooklyn, New York
           _____, 2017

                                        _____
                                        HONORABLE JAMES ORENSTEIN
                                        UNITED STATES MAGISTRATE JUDGE
                                        EASTERN DISTRICT OF NEW YORK