NB:MRM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

IN THE MATTER OF AN APPLICATION FOR    O R D E R
A SEARCH WARRANT FOR: THE PREMISES
KNOWN AND DESCRIBED AS    14-MJ-987 (JO)
ELECTRONIC MAIL ADDRESS
"energycyclecn@gmail.com."

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Upon the application of BRIDGET M. ROHDE, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Michael R. Maffei, for an order unsealing the above-captioned matter.

WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated:     Brooklyn, New York
             April 6            , 2017

                                              s/ James Orenstein
                                              HONORABLE JAMES ORENSTEIN
                                              UNITED STATES MAGISTRATE JUDGE
                                              EASTERN DISTRICT OF NEW YORK